**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                    Case No. 07-cr-149-PB

**Derwin Cain**


**O R D E R**

The defendant, through counsel, has moved to continue the April 1, 2008 trial in the above case to allow additional time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 1, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

    The March 27, 2008 final pretrial conference is continued to

May 22, 2008 at 3:30 p.m.

    SO ORDERED.


                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

March 28, 2008

cc:  Adam Bernstein, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal