## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                  Case No. 07-cr-149-PB

**Derwin Cain**


### O R D E R

The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case, citing the need for additional time to finalize plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 3, 2008 to September 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

```
        SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

May 27, 2008

cc:   Adam Bernstein, Esq.
      Terry Ollila, Esq.
      United States Probation
      United States Marshal
```